■ In the Matter of the Claim of JAMES THRIST, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 27, 1983.

Decision affirmed, without costs (see *Matter of Briem [Ross]*, 71 AD2d 752, affd 52 NY2d 842). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.

■ CHARLES WEINBERG, Appellant, v THOMAS A. VITANZA et al., Respondents. — Appeal (1) from an order of the Supreme Court at Special Term (Lee, Jr., J.), entered April 17, 1984 in Chenango County, which, *inter alia*, granted defendants' cross motion for summary judgment dismissing the complaint, and (2) from the judgment entered thereon.

Order and judgment affirmed, with costs, upon the opinion of Justice David F. Lee, Jr., at Special Term. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.